

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00122-CV

In the **ESTATE OF** Ava Lorene **MAHAFFEY**, Deceased

From the County Court at Law, Kerr County, Texas
Trial Court No. CCL16-16
Honorable Susan Harris, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is REVERSED, and the cause is REMANDED for further proceedings consistent with this opinion. Costs of the appeal are taxed against Appellee Michele DeBellis.

SIGNED December 27, 2019.

_____
Rebeca C. Martinez, Justice